# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JORGE NEVAREZ-LEDEZMA,

    Petitioner,

v.                                                         Civ. No. 20-cv-1144 KG-KRS
                                                            Cr. No. 19-cr-1379 KG-KRS

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

**THIS MATTER** comes before the Court on the United States' Amended First Motion for Extension of Time (Doc. 5), filed December 29, 2020.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS THEREFORE ORDERED** that the United States' Amended First Motion for Extension of Time (Doc. 5) is **GRANTED** and the United States shall have until January 18, 2021 to file its response to Petitioner's Motion to Vacate Convictions under 28 U.S.C. § 2255.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE